## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:15CR00224-3 BSM

MARISSA DONANN SCROGGINS

### ORDER

On November 12, 2015, the parties agreed to Defendant's placement in inpatient drug treatment at Wilbur Mills. *Doc. 142*. Accordingly, the Government's Motion to Revoke Pretrial Release (*doc. 137*) is DENIED, AS MOOT.

IT IS SO ORDERED this 17th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE