**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                   4:15CR00224-3 BSM

MARISSA DONANN SCROGGINS

## ORDER

On January 27, 2016, the Court ordered Defendant to undergo a psychological evaluation. *Doc. 160*. The United States Marshal has informed the Court that Defendant has been designated to FDC Houston in Houston, Texas for examination. Accordingly, the United States Marshal is directed to transport Defendant to FDC Houston.

IT IS THEREFORE ORDERED THAT:

(1)   Pursuant to 18 U.S.C. § 4247(b) and (c), Defendant Marissa Donann Scroggins is committed to the custody of the Attorney General for a period not to exceed thirty (30) days for a psychological evaluation pursuant to 18 U.S.C. § 4241, and for a period not to exceed forty-five (45) days for a psychological examination pursuant to 18 U.S.C. § 4242.

(2) Pursuant to 18 U.S.C. § 4247(c), the person conducting the examination shall file a report with Chief United States District Judge Brian S. Miller, with copies to counsel for Defendant and the Government. The Government is represented by Assistant United States Attorney Anne Gardner, U.S. Attorney's Office, Eastern District of Arkansas, Post Office Box 1229, Little Rock, AR 72203-1229, and Defendant is represented by Omar F. Greene, II, 813 West Third Street, Suite 200, Little Rock, AR 72201.

(3) The report must state whether Defendant Marissa Donann Scroggins is suffering from a mental disease or defect that renders her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense; whether she was mentally incompetent at the time of the offense; and, if she is mentally incompetent, whether her release would create a substantial risk of bodily harm to another person or serious damage to property of another person.

(4) Within fourteen (14) days from the date the report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for a hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities. If no motions are filed within fourteen (14) days, the report

will be accepted or rejected, and the period of excludable delay will end. *See* 18 U.S.C. § 3161(h)(1)(A).

(5) The delay occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A) and (F). Subsection (F) excludes the delay resulting from transportation to and from places of examination "except that any time consumed in excess of ten days from the date [of] . . . an order directing such transportation, and the defendant's arrival at the destination shall be presumed to be unreasonable[.]"

DATED this 3rd day of February, 2016.

*[signature: J. Thomas Ray]*
UNITED STATES MAGISTRATE JUDGE