# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                         4:15CR00224-BSM-3

MARISSA DONANN SCROGGINS (3)

## ORDER

For the reasons stated on the record during the August 23, 2016 Revocation Hearing and with the consent of all parties, the United States' Motion to Revoke Bond (*doc. 218*) is hereby DENIED at this time.

The previously imposed conditions of Release are MODIFIED, as follows:

(1)     Defendant shall reside with her aunt, Heather Clark at 8110 Short Lane, Mabelvale, Arkansas, who has agreed to perform the responsibilities of a third-party custodian.  Heather Clark is hereby APPOINTED as Defendant's third-party custodian, effective immediately, after indicating to the Court during the Hearing that she understands and accepts her responsibilities in that regard.

(2)     In addition to ongoing biweekly mental health counseling, which shall continue, Defendant must also participate in weekly individual and group drug counseling.  Said sessions shall be held back-to-back to minimize travel.

(3)     Defendant shall not use alcohol.

Defendant must comply with *all* previously imposed and modified conditions of release.

DATED this 23rd day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE